NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000918
17-OCT-2019
08:11 AM**

NO. CAAP-17-0000918

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAII, Plaintiff-Appellee, v.
STEPHEN KALIKO MAKANANI, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CASE NO. 5CPC-17-0000020)

ORDER OF CORRECTION
(By: Leonard, J., for the court)[1]

IT IS HEREBY ORDERED that the Summary Disposition Order filed on September 18, 2019, is corrected by replacing the word "FIRST" with "FIFTH" in the case caption on page 1 at line 6 from the top so that as corrected, the text reads: "APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT".

The Clerk of the Court is directed to incorporate the foregoing change in the original summary disposition order.

DATED: Honolulu, Hawai'i, October 17, 2019.

FOR THE COURT:

Associate Judge

---

[1] Leonard, Presiding Judge, Chan and Hiraoka, JJ.